Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
jml@manningllp.com
Derik Sarkesians, Esq. (State Bar No. 311617)
das@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, GARFIELD BEACH CVS, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHARLOTTE GREENE,<br><br>         Plaintiff,<br><br>    v.<br><br>GARFIELD BEACH CVS, LLC dba CVS #09477; CVS HEALTH; DOES 1 to 100,<br><br>         Defendant. | Case No. 2:19−cv−10799 PSG (MAAx)<br><br>**PROTECTIVE ORDER – CONFIDENTIAL DESIGNATION ONLY**<br><br>The Hon. Philip S. Gutierrez<br><br>*Trial Date: 3/30/2021* |

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation and Protective Order re Confidential Designation Only.

IT IS SO ORDERED.

DATED:  June 19, 2020

_____
Judge of the United States District Court

---

**[PROPOSED] PROTECTIVE ORDER – CONFIDENTIAL DESIGNATION ONLY**